UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

MONITRONICS INTERNATIONAL, INC.

    Plaintiff,

v.                             CASE NO. 3:15-cv-00235-K

ALARM PROTECTION TEXAS, LLC, et al.

    Defendants.

## JOINT NOTICE OF SETTLEMENT

Plaintiff Monitronics International, Inc. ("Plaintiff") and Defendants Alarm Protection Texas, LLC, et. al. ("Defendants"), being all of the parties to this lawsuit (Plaintiff and Defendants together, the "Parties"), file this Joint Notice of Settlement and would respectfully show as follows:

1. Plaintiff commenced this action against the Defendants by filing its Original Complaint in this Court on January 22, 2015 (Dkt. No. 1).

2. The Parties hereby notify the Court that they have reached a settlement of all matters involved in this lawsuit. The Parties have executed a settlement agreement as of the date of this filing.

3. Within five days of this Notice, Monitronics International, Inc. will file with this Court its Notice of Dismissal with Prejudice.

Respectfully submitted,

By: /s/ Marc S. Culp
Marc S. Culp
State Bar No. 05212700
mculp@cdhllp.com
Benjamen S. Dyer
State Bar No. 00795332
bdyer@cdhllp.com
Margaret J. Carlson
State Bar No. 24055265
pcarlson@cdhllp.com
Amanda B. Montgomery
State Bar No. 24065779
amontgomery@cdhllp.com
**CULP & DYER, L.L.P.**
222 E. McKinney Street, Suite 210
Denton, Texas 76201
Telephone:  (940) 484-2236
Telecopier:  (940) 484-4436

--- and ---

By: /s/ Scott W. Atherton
Scott W. Atherton
Fla. Bar No. 0749591
scott@athertonlg.com
(Admitted *Pro Hac Vice* )
**ATHERTON LAW GROUP, P.A.**
224 Datura Street, Suite 815
West Palm Beach, FL 33401
Telephone: 561-293-2530
Facsimile:  561-293-2593

*ATTORNEYS FOR PLAINTIFF*

--- and ---

By: /s/ Joe Kendall
JOE KENDALL
Texas Bar No. 11260700
JAMIE J. MCKEY
Texas Bar No. 24045262
**THE KENDALL LAW GROUP**
3232 McKinney Avenue, Suite 700
Dallas, Texas  75204
214-744-3000 / 214-744-3015 (Facsimile)

--- and ---

By: /s/ Michael W. Marcil
Michael W. Marcil, Esq.
Florida Bar No.: 091723
mmarcil@gunster.com
Jennifer Nicole, Esq.
Florida Bar No.: 00114758
jnicole@gunster.com
**GUNSTER, YOAKLEY & STEWART, P.A.**
450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, FL 33301
Telephone: 954-462-2000
Facsimile: 954-523-1722

*ATTORNEYS FOR DEFENDANTS*